# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN M. RUBENSTEIN** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **COUNTY OF CHESTER,** *et al.*, : <br> Defendants. : | Civil No. 2:23-cv-05134-JMG |

## ORDER

**AND NOW**, this 7th day of March, 2025, upon consideration of Defendant County of Chester's Motion for Summary Judgment (ECF No. 43), **IT IS HEREBY ORDERED** that Defendant County of Chester's Motion (ECF No. 43) is **GRANTED**. All claims against Defendant County of Chester are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **TERMINATE** the County of Chester as a Defendant in this matter.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge