IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **STEPHEN M. RUBENSTEIN** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:23-cv-05134-JMG |
| | : | |
| **COUNTY OF CHESTER**, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 30th day of July, 2025, upon consideration of Defendants PrimeCare Medical, Inc., Karen Murphy, and Dr. Martin Zarkoski's Motion for Summary Judgment (ECF No. 50), **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 50) is **GRANTED**.[1] Plaintiff's claims against Defendants PrimeCare Medical, Inc., Karen Murphy, and Dr. Martin Zarkoski are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The deadline for Plaintiff to file a response in opposition was June 26, 2025. As of the time of the filing of this Order, the Court has received no response in opposition from Plaintiff.